■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN STEWART, Appellant. [48 NYS3d 619]—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Westchester County (Neary, J.), imposed March 19, 2014, consisting of three indeterminate terms of 1⅓ to 4 years' imprisonment upon his convictions of driving while intoxicated (two counts) and aggravated unauthorized operation of a

vehicle in the first degree, to run consecutively, two definite terms of 6 months' imprisonment upon his convictions of aggravated unlicensed operation of a motor vehicle in the second degree (two counts), to run concurrently with each other and with the three indeterminate terms of imprisonment, and an unconditional discharge upon his conviction of failure to maintain proper license plates.

Ordered that the sentence is modified, on the law, by providing that the sentence imposed on the conviction of aggravated unlicensed operation of a motor vehicle in the first degree shall run concurrently with the sentence imposed for driving while intoxicated under count 4 of the indictment; as so modified, the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 85-86 [1982]). However, as the People correctly concede, the Supreme Court erred in imposing consecutive terms of imprisonment for driving while intoxicated and aggravated unlicensed operation of a motor vehicle in the first degree arising from the defendant's arrest on November 2, 2012 (*see People v Milo*, 235 AD2d 552, 553 [1997]). Hall, J.P., Austin, Sgroi and Connolly, JJ., concur.